**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| PROMOTE INNOVATION LLC, | ) | |
| | ) | Case No. 1:11-cv-100 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAFER, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement and Release Agreement, the Relator, Promote Innovation LLC ("Relator") and Defendant Safer, Inc. ("Defendant"), have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, stipulated to dismiss all claims by Relator against Defendant made therein with prejudice to the refiling the same.

Relator and Defendant further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

A proposed Order accompanies this motion.

AGREED:

        Respectfully submitted,

        MORGAN LEWIS & BOCKIUS LLP

        By:    /s/ *James L. Beebe (w/ permission)*
        James L. Beebe
        State Bar No. 24038708
        1000 Louisiana St., Suite 4200
        Houston, Texas 77002
        Tel:    713.890.5000
        Fax:    713.890.5001
        Email: jbeebe@morganlewis.com

        ATTORNEYS FOR DEFENDANT
        SAFER, INC.


        By:    /s/ *Larry D. Thompson, Jr.*
        Matthew J. Antonelli
        Texas Bar No. 24068432
        matt@ahtlawfirm.com
        Zachariah S. Harrington (lead attorney)
        Texas Bar No. 24057886
        zac@ahtlawfirm.com
        Larry D. Thompson, Jr.
        Texas Bar No. 24051428
        larry@ahtlawfirm.com
        ANTONELLI, HARRINGTON &
        THOMPSON LLP
        4200 Montrose Blvd, Suite 430
        Houston, TX 77006
        (713) 581-3000

        Attorneys for
        PROMOTE INNOVATION LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ *Larry D. Thompson, Jr.*
                                            Larry D. Thompson, Jr.